UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 03-32063-WRS
                                                   Chapter 7
TERRY MANUFACTURING
COMPANY INC.,

     Debtor

J. LESTER ALEXANDER III, TRUSTEE,

     Plaintiff                            Adv. Pro. No. 05-3053-WRS

 v.

PRACTICAL SOLUTIONS INC.,

     Defendant

## MEMORANDUM DECISION

This Adversary Proceeding is before the Court upon the Motion for Summary Judgment filed by Plaintiff J. Lester Alexander, III, the Chapter 7 Trustee in the underlying bankruptcy case. (Docs. 25, 26, 30, 31, 32). The Trustee seeks $261,797.89 under a fraudulent conveyance theory. The sum of the Trustee's case is that he alleges that Terry Manufacturing paid the Defendants and did not receive anything of value in return. The Trustee supports his motion with a detailed Memorandum of Law and a voluminous evidentiary submission. On September 11, 2006, the Court entered a scheduling order requiring that the Defendants file their response within 30 days. That period of time has expired and no response has been filed by either Defendant. Having reviewed the Trustee's submissions and having determined that it appears

that his motion has merit and should be granted, the Court will enter judgment by way of a separate document.

Done this 27th day of October, 2006.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Brent B. Barriere, Attorney for Plaintiff
   Diana McDonald, Attorney for Defendant